# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of BLACK PINE DIRECTIONAL, INC., an Idaho corporation, DOUG NEWMAN, an Idaho resident, and JOSEPH NEWMAN, a Colorado resident,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ROBINSON BROS. CONSTR., INC., an Oregon corporation, INTELEPOINT, LLC, an Oregon corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, CRAIG SORENSON, a Washington resident, and MIKE RAKOZ, a Washington resident,<br><br>        Defendants. | NO. 3:11-cv-05357- BHS<br><br>ORDER GRANTING MOTION TO EXTEND TIME BY DEFENDANT ROBINSON BROS. CONSTR., INC. |

      Defendant Robinson Bros. Constr., Inc.'s ("RBC's") Motion to Extend Time is GRANTED, as follows:

      1. The time for responsive pleadings by defendants is extended through July 29, 2011, or for as-yet-to be served defendants, such later date as may result from actual service; and

      2. Deadlines set by the Court's May 16, 2011 Minute Order are extended, as follows:

Deadline for Responsive Pleading by all defendants       July 29, 2011
(except those entitled to a later date by virtue of the
actual date of service).

BRADACH LAW OFFICES
800 N.W. 6th Avenue, Suite 209
Portland, OR 97209-3783
(503) 238-7170

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | September 23, 2011 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | October 6, 2011 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16. | October 13, 2011 |

IT IS SO ORDERED

DATED this 28th day of July 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

PRESENTED BY:
BRADACH LAW OFFICES

By: s/ John F. Bradach, Sr.
John F. Bradach, Sr., WSB #24681
Attorney for defendant Robinson Bros. Constr., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME BY DEFENDANT ROBINSON BROS. CONSTR., INC.** with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to the following at their respective email addresses:

> Benjamin D. Johnson
> Bennett Tueller Johnson & Deere
> 3165 East Milrock Drive, Suite 500
> Salt Lake City, UT 84121
> Telephone: (801) 438-2000
> Facsimile: (801) 438-2050
> Email: ben.johnson@btjd.com
> *Pro Hac Vice*

and

Zachary Tomlinson
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8158
Facsimile: (206) 757-7158
Email: zacharytomlinson@dwt.com
Attorneys for Plaintiffs

and

Carter M. Mann
Lane Powell
601 S. W. 2nd Ave., Suite 2100
Portland, OR 97204
Telephone: (503) 778-2156
Facsimile: (503) 778-2200 \
Email: MannC@LanePowell.com
Attorney for Defendant Intelepoint, LLC

DATED this 5th day of July, 2011, at Portland, Oregon.

                                        BRADACH LAW OFFICES

                                      s/ John F. Bradach, Sr.
                                      John F. Bradach, Sr., WSB #24681
                                      Attorney for Defendant Robinson Bros.
                                      Constr., Inc.