The Honorable Benjamin H. Settle

Benjamin D. Johnson, Utah Bar No.10275
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Facsimile: (801) 438-2050
E-mail: ben.johnson@btjd.com

Zachary Tomlinson, WSBA #35940
Pacifica Law Group
1191 Second Avenue, Suite 2100
Seattle, Washington 98101-2945
Telephone: (206) 245-1700
E-mail: zak.tomlinson@pacificalawgroup.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON, WESTERN DISTRICT
AT TACOMA
* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of BLACK PINE DIRECTIONAL, INC., an Idaho corporation, DOUG NEWMAN, an Idaho resident, and JOSEPH NEWMAN, a Colorado resident, <br><br> Plaintiffs, <br> vs. <br><br> ROBINSON BROS. CONSTR., INC., an Oregon corporation, INTELEPOINT, LLC, an Oregon corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, CRAIG SORENSON, a Washington resident, and MIKE RAKOZ, a Washington resident, <br><br> Defendants. | **ORDER ON JOINT STIPULATION AND MOTION TO DISMISS** <br><br><br><br><br><br> Civil No. 3:11-cv-05357-BHS <br><br> Judge Settle |

* * * * * * *

BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000

Plaintiffs the United States of America for the use of Black Pine Directional, Inc., Doug Newman and Joe Newman, and Defendants Robinson Bros. Constr., Inc., Craig Sorenson, Mike Rakoz, Intelepoint, LLC and Travelers Casualty and Surety Company of America, having jointly stipulated and moved for the dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(a), and for good cause shown, IT IS HEREBY ORDERED that this matter, including all claims and counterclaims, is dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Dated this 12 day of March, 2014.

_____
Benjamin H. Settle
U.S. District Court Judge

Approved as to Form:

| BENNETT TUELLER JOHNSON & DEERE /s/ Benjamin D. Johnson | PACIFICA LAW GROUP /s/ Zachary Tomlinson |
|---|---|
| Benjamin D. Johnson *Attorneys for Black Pine Directional, Inc., Doug Newman and Joseph Newman* | Zachary Tomlinson *Attorneys for Black Pine Directional, Inc., Doug Newman and Joseph Newman* |
| LANE POWELL /s/ Carter M. Mann | FLOYD, PFLUEGER & RINGER, PS /s/ Douglas K. Weigel |
| Carter M. Mann *Attorneys for Intelepoint, LLC and Travelers Casualty and Surety Company of America* | Douglas K. Weigel *Attorneys for Robinson Bros. Constr., Inc., Craig Sorenson and Mike Rakoz* |

**ORDER ON JOINT STIPULATION AND MOTION TO DISMISS**

Page 2

Bennett Tueller Johnson & Deere
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah

BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000